# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT BOCCHICCTIO, | )<br>) |
| Plaintiff, | ) Case No. 2:15-cv-00528-JCM-GWF |
| vs. | ) **FINDINGS AND** |
| UNITED STATES OF AMERICA, | ) **RECOMMENDATION** |
| Defendant. | ) |

This matter is before the Court on Plaintiff Vincent Bocchicctio's failure to file an Amended Complaint.

This matter commenced on March 23, 2015, with the filing of Plaintiff Bocchicctio's complaint and motion to proceed *in forma pauperis* (#1). Plaintiff's motion to proceed *in forma pauperis* was granted. *See* Order (#9). The Court dismissed the Complaint, without prejudice, for failure to state a claim upon which relief could be granted. Plaintiff was ordered to file an amended complaint within thirty (30) days of the order dated June 1, 2015.

Pursuant to Fed. R. Civ. P. 41(b), the Court may dismiss an action with prejudice if the Plaintiff fails to prosecute or comply with the rules or a court order. Pursuant to Order #9, Plaintiff had until July 1, 2015 to file an amended complaint. Notice was mailed to Plaintiff on June 1, 2015. More than thirty days have elapsed since the order was mailed, and Plaintiff has not filed an amended complaint. Accordingly,

**IT IS HEREBY RECOMMENDED** that Plaintiff's complaint be **dismissed with prejudice**.

. . .

. . .

**NOTICE**

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

**DATED** this 21st day of July, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge